█ In the Matter of JOHANA JM MARTINEZ, Appellant, v EDWIN A. RAMOS, Respondent. [995 NYS2d 683]—

Appeal from an order of the Family Court, Nassau County (Conrad D. Singer, J.), dated July 3, 2013. The order, upon the mother's default and the denial of her request for an adjournment, dismissed her family offense petition, without prejudice, and vacated a temporary order of protection.

Ordered that the order is affirmed, without costs or disbursements.

Notwithstanding the prohibition set forth in CPLR 5511

against an appeal from an order or judgment entered upon the default of the appealing party, the appeal from the order brings up for review those matters which were the subject of contest before the Family Court, namely, the denial of the mother's request for an adjournment (*see Matter of Krische v Sloan*, 100 AD3d 758, 758 [2012]; *Matter of Branch v Cole-Lacy*, 96 AD3d 741, 742 [2012]; *Matter of Paulino v Camacho*, 36 AD3d 821, 822 [2007]; *Tun v Aw*, 10 AD3d 651, 652 [2004]). Whether to grant a party's request for an adjournment is a matter resting within the sound discretion of the Family Court (*see Matter of Steven B.*, 6 NY3d 888, 889 [2006]; *Matter of Winfield v Gammons*, 105 AD3d 753, 754 [2013]). Here, the Family Court did not improvidently exercise its discretion in denying the mother's request for an adjournment (*see Matter of Hall v Hall*, 45 AD3d 842 [2007]).

The mother's contentions with respect to an order granting the father's family offense petition are not properly before this Court. Skelos, J.P., Dickerson, Chambers and Sgroi, JJ., concur.